No. 630. J. W. FERGUSON ET AL. *v.* BABCOCK LUMBER & LAND COMPANY. Appeal from the Circuit Court of Appeals for the Fourth Circuit. Motion to dismiss or affirm submitted December 9, 1918. Decided December 16, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 128 of the Judicial Code; *Stevenson* v. *Fain,* 195 U. S. 165; *Hull* v. *Burr,* 234 U. S. 712, 720; *St. Anthony Church* v. *Pennsylvania R. R. Co.,* 237 U. S. 575, 577; *Delaware, Lackawanna & Western R. R. Co.* v. *Yurkonis,* 238 U. S. 439, 444. *Mr. Mark W. Brown* and *Mr. F. A. Sondley* for appellants. *Mr. John Franklin Shields* and *Mr. A. Hall Johnston* for appellee. See *post,* 570.

---

No. ——. Original. *Ex parte:* IN THE MATTER OF JACOB FROHWERK, PETITIONER. Submitted December 9, 1918. Decided December 16, 1918. Motion for leave to file petition for a writ of mandamus herein denied. *Mr. Frans E. Lindquist* for petitioner.